FILED
August 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Christy Tan, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:06-cr-337 FCD <br><br> ORDER FOR TEMPORARY RELEASE <br> OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release **Philip Yu** Case No. **2:06-cr-337 FCD** from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_   Release on Personal Recognizance

- \_   Bail Posted in the Sum of _____

- **X**   $50,000 Unsecured Appearance Bond pending posting of Secured Appearance Bond secured by real property by 8/25/06

- \_   Appearance Bond with 10% Deposit

- \_   Appearance Bond secured by Real Property

- \_   Corporate Surety Bail Bond

- **X**   (Other) PTS conditions/release

Issued at  Sacramento, CA  on 8/23/06  at  3:20 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge