William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Steet, 2nd Flkr., Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-337 EJG** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| CHRISTY TAN, et al, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Friday, May 18, 2007, should be vacated and continued until Friday, June 29, 2007, at 10:00 a.m..

The continuance is necessary to allow defense counsel sufficient time to meet with and advise their respective clients with regard to entry of pleas. The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [Local Code T4] and due to the complexity of the case [Local Code T2] up to and including June 29, 2007.

1 | Accordingly, the defendants and the United States agree and
2 | stipulate that the status conference should be continued until
3 | 10:00 a.m. on Friday, June 25, 2007.  Furthermore, the Defendants
4 | and the United States agree and stipulate that the needs of
5 | counsel to advise their respective clients exceed the needs of
6 | the public for a trial within 70 days, so that the interests of
7 | justice warrants a further exclusion of time.

Dated: May 23, 2007

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                            /s/ Robert M. Twiss
                               By:_____
                                          ROBERT M. TWISS
                                          Assistant U.S. Attorney

Dated: May 23, 2007

                                          CHRISTY TAN
                                          Defendant


                                 By:/s/William E. Bonham
                                    WILLIAM BONHAM
                                    Counsel for Defendant

Dated: Mat 23, 2007

                                          WEI LUN ZHOU
                                          Defendant


                                 By:/s/ Robert M. Holley
                                    ROBERT M. HOLLEY
                                    Counsel for Defendant

**ORDER**

IT IS SO ORDERED. This matter is continued until 10:00 a.m. on Friday, June 29, 2007 for further status.

I find that the continuance is necessary to allow defense counsel sufficient time to meet with and advise their respective clients regarding their plea. I further find that the needs of counsel to evaluate the plea and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] and due to the complexity of the case as prevuiously found [Local Code T2]up to and including June 29, 2007.

Dated: May 24, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge

3