```
1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Street, 2nd Flr., Ste. A
3  Sacramento, California 95814
   Telephone:  (916) 557-1113
4
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

```
UNITED STATES OF AMERICA,    ) CR. No. S-06-337 EJG
                             )
            Plaintiff,       ) STIPULATION AND ORDER
       v.                    ) CONTINUING JUDGMENT & SENTENCING
                             )
                             )
CHRISTY TAN                  )
                             )
            Defendants.      )
_____)
```

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Friday, December 21, 2007, at 10:00 a.m. should be vacated and continued until Friday, **January 25, 2008,** at 10:00 a.m..

Continuance is necessary in order to allow defense counsel sufficient time to meet with Defendant Tan. Due to language and cultural barriers, and the requirement to arrange Cantonese interpreter further time is needed to fully explain the Pre-Sentence Report and the Federal Sentencing Guidelines and other sentencing issues. Defense Counsel has notified and explained to his client the need to continue her sentencing to January 25, 2008 and she has agreed to the continuance.

On December 6, 2007, AUSA Robert Twiss, agreed, by phone, to

the requested continuance for the stated reasons and authorized the undersign to sign this stipulation on his behalf. Additionally, on the same date, the undersigned defense counsel notified USPO Theresa Hoffman of the continuance and agreed as to new date. The Court Interpreter was also notified, by telephone, on the same date,

It is further stipulated that schedule for disclosure of PSR and filing objections be modified as follows:

Judgment and sentencing date: **01/25/08**
Motion for correction of PSR be filed and served: **01/18/08**
PSR filed and disclosed: **01/11/08**
Counsel's written objections be served: **01/04/08**
Proposed Pre-Sentence Report has been disclosed and served.

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Friday, January 25, 2008.

Dated: December 6, 2007

          McGREGOR W. SCOTT
          United States Attorney

          /s/ Robert M. Twiss
By:_____
    ROBERT M. TWISS
    Assistant U.S. Attorney

Dated: December 6, 2007
          CHRISTY TAN
          Defendant

By:/s/William E. Bonham
WILLIAM BONHAM
Counsel for Defendant

**ORDER**

IT IS SO ORDERED. Judgment and Sentencing for Defendant Christy Tan now set for December 21, 2007, at 10:00 a.m. is vacated and reset for Friday, January 25, 2008 at 10:00 a.m. and the schedule for filing the final Pre-Sentencing report and objections is modified as stated in above stipulation.

Dated: December 10 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge