William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-337 EJG** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | CONTINUING JUDGMENT & SENTENCING |
| ) | |
| ) | |
| CHRISTY TAN ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Friday, December 21, 2007, at 10:00 a.m. should be vacated and continued until Friday, **April 11, 2008**, at 10:00 a.m..

Continuance is necessary because defendant is seven months pregnant, birth due on March 10, 2008. On January 7, 2008 in conference, defense counsel met with USPO Theresa Hoffman and AUSA Robert Twiss wherein, the government agreed to continue sentencing past the due date of defendant's pregnancy with the understanding that if defendant is sentenced to a period of incarceration that the government would support a recommendation by probation for a voluntary surrender to the designated institution within a reasonable period under the average

maturnity leave standard granted under employment conditions. Defense counsel met with defendant on January 8, 2008 with ther Cantonese interpreter and she gratefully agreed to the continuance and confirmed her due date of March 10, 2008. The defendatn is to commence maturity leave from her employment with Macys in one week.

It is further stipulated that schedule for disclosure of PSR and filing objections be modified as follows:

| | |
|---|---|
| Judgment and sentencing date: | **04/11/08** |
| Motion for correction of PSR be filed and served: | **03/28/08** |
| PSR filed and disclosed: | **03/21/08** |
| Counsel's written objections be served: | **03/14/08** |

Proposed Pre-Sentence Report has been disclosed and served.

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Friday, April 11, 2008.

Dated: January 9, 2008

                        McGREGOR W. SCOTT
                        United States Attorney

                        /s/ Robert M. Twiss
                    By:_____
                        ROBERT M. TWISS
                        Assistant U.S. Attorney

Dated: January 9, 2008
                        CHRISTY TAN
                        Defendant

                  By:/s/William E. Bonham
                      WILLIAM BONHAM
                      Counsel for Defendant

**ORDER**

IT IS SO ORDERED. Judgment and Sentencing for Defendant Christy Tan now set for January 25, 2008, at 10:00 a.m. is vacated and reset for Friday, April 11, 2008 at 10:00 a.m. and the schedule for filing the final Pre-Sentencing report and objections is modified as stated in above stipulation.

Dated: January 10, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge