William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-337 EJG** |
| ) Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | CONTINUING JUDGMENT & SENTENCING |
| CHRISTY TAN ) | |
| ) Defendants. ) | |

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Friday, April 11, 2008, at 10:00 a.m. should be vacated and continued until Friday, **May 2, 2008,** at 10:00 a.m..

Continuance is necessary because defense counsel was sick for three weeks and was delayed in fling informal objections. On March 19, 2008, defense counsel contacted both USPO Theresa Hoffman and AUSA Robert Twiss and both agreed to this continuance. Defense counsel has consulted with defendant and she agreed to the continuance and confirmed that she gave birth on May 1, 2008, 10 days premature. Additionally, the Court Interpreter was notified and cleared as to the new date for the Cantonese interpreter.

It is further stipulated that schedule for disclosure of PSR and filing objections be modified as follows:

Judgment and sentencing date: **05/2/08**

| | |
|---|---|
| Motion for correction of PSR be filed and served: | **04/18/08** |
| PSR filed and disclosed: | **04/11/08** |
| Counsel's written objections be served: | **04/04/08** |

Proposed Pre-Sentence Report has been disclosed and served.

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Friday, May 2, 2008.

Dated: March 20, 2008

          McGREGOR W. SCOTT
          United States Attorney

          By: /s/ Robert Twiss
              ROBERT M. TWISS
              Assistant U.S. Attorney

Dated: March 20, 2008

          CHRISTY TAN
          Defendant

          By: /s/William E. Bonham
              WILLIAM BONHAM
              Counsel for Defendant

**ORDER**

IT IS SO ORDERED. Judgment and Sentencing for Defendant Christy Tan now set for April 11, 2008, at 10:00 a.m. is vacated and reset for Friday, May 2, 2008 at 10:00 a.m. and the schedule for filing the final Pre-Sentencing report and objections is modified as stated in above stipulation.

Dated: March 24, 2008

          /s/ Edward J. Garcia
          EDWARD J. GARCIA
          Senior U.S. District Judge