```
 1  William E. Bonham, SB# 55478
    Attorney at law
 2  Hotel de' France Bldg., Old Sacramento
    916 Second Street, 2nd Flr., Ste. A
 3  Sacramento, California 95814
    Telephone:  (916) 557-1113
 4
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )  CR. No. S-06-337 EJG
                               )
                               )  AMENDED
           Plaintiff,          )  STIPULATION AND PROPOSED ORDER
     v.                        )  CONTINUING JUDGMENT & SENTENCING
                               )
CHRISTY TAN                    )
           Defendants.         )
_____)
```

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Friday, May 2, 2008, at 10:00 a.m. should be vacated and continued until Friday, **June 13**, at 10:00 a.m..

Continuance is necessary to debrief the defendant for "Safety Value" eligibility. Debriefing is now scheduled for next week, on Wednesday, 04/16/08 at the U.S. Attorney's office. Continuance to June 13, 2008 was the agreed date for both AUSA Robert Twiss and USPO Theresa Hoffman and the date was cleared with the Court's calender and all parties are in agreement with this continuance now necessary to evaluate defendant by the government and probation for Safety Value eligibility. There was delay in filing the informal objections to last Tuesday am April 8, 2008 raising the issue. Thereafter the government and the defense agreed to set the debriefing. USPO Theresa Hoffman is in agreement to continue for the defendant's safety Value

eligibility in making her final recommendations to the Court. Defense counsel has consulted with defendant and she agreed to the continuance and confirmed the debriefing appointment set on 04/16/08. Additionally, the Court Interpreter was notified and cleared as to the new date for the Cantonese interpreter.

It is further stipulated that schedule for disclosure of PSR and filing objections be modified as follows:

Judgment and sentencing date: **06/13/08**

Motion for correction of PSR be filed and served: **05/30/08**

PSR filed and disclosed: **05/23/08**

Counsel's written objections have been served

Proposed Pre-Sentence Report has been disclosed and served.

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Friday, June 13, 2008.

Dated: April 10, 2008

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                  By:/s/ Robert Twiss
                                    ROBERT M. TWISS
                                    Assistant U.S. Attorney

Dated: April 10, 2008
                                  CHRISTY TAN
                                  Defendant

                                  By:/s/William E. Bonham
                                    WILLIAM BONHAM
                                    Counsel for Defendant

**ORDER**

IT IS SO ORDERED. Judgment and Sentencing for Defendant

2

1 | Christy Tan now set for May 2, 2008, at 10:00 a.m. is vacated and
2 | reset for Friday, June 13, 2008 at 10:00 a.m. and the schedule
3 | for filing the final Pre-Sentencing report and objections is
4 | modified as stated in above stipulation.
5 | Dated: April 10, 2008

                                                   /s/ Edward J. Garcia____
                                                  EDWARD J. GARCIA
                                                  Senior U.S. District Judge