UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM


FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: TAN, Christy
Docket Number: 2:06CR00337-05
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

C/EJG

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 13, 2008 to August 22, 2008 at 10:00AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** There are substantial objections to the draft presentence report which require additional investigation by the probation officer. This date change causes Tan to be sentenced in conjunction with co-defendants Hin and Yu.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Teresa C. Hoffman
United States Probation Officer

**REVIEWED BY:**
Terri L. Wilkins
**Supervising United States Probation Officer**

Dated: May 19, 2008
Sacramento, California
tch

1

Rev. 08/2007
CONTINUANCE ~ TO JUDGE (EJG).MRG

**RE:** Christy Tan
Docket Number: 2:06CR00337-05
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____  5/21/08
**EDWARD J. GARCIA**
**Senior United States District Judge**    **Date**

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:06CR00337-05 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| CHRISTY TAN | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | August 22, 2008 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 15, 2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 8, 2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | n/a |
| The proposed Presentence Report shall be disclosed to counsel no later than: | n/a |

Rev. 08/2007
CONTINUANCE – TO JUDGE (EJG).MRG