William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-337 EJG** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | CONTINUING JUDGMENT & SENTENCING |
| ) | |
| CHRISTY TAN ) | |
| Defendants. ) | |
| _____) | |

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Friday, August 22, 2008, at 10:00 a.m. should be vacated and continued until Friday, **September 26, 2008,** at 10:00 a.m.. This date change also results in defendant Tan to be sentenced in conjunction with co-defendants Hin and Yu who recently continued sentencing to same date.

Continuance is necessary for additional time in preparation of the Sentencing Memorandum and Motion for Correction of PSR due to substantial issues raised by the responses from Probation and the Government to the substantial objections top the PSR, raised by the defense.

Defense counsel has consulted with defendant and she agreed to

the continuance  Additionally, the Court Interpreter was notified and cleared as to the new date for the Cantonese interpreter.

It is further stipulated that schedule for filing defense Motion for Correction of PSR be extended as follows:

Judgment and sentencing date: **09/26/08**

Motion for Correction of PSR be filed with the Court and served on Probation & opposing Counsel no later than: **09/19/08**

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Friday, September 26, 2008.

Dated: August 15, 2008

McGREGOR W. SCOTT
United States Attorney

By:/s/ Robert Twiss
ROBERT M. TWISS
Assistant U.S. Attorney

Dated: August 15, 2008

CHRISTY TAN
Defendant

By:/s/William E. Bonham
WILLIAM BONHAM
Counsel for Defendant

**ORDER**

IT IS SO ORDERED. Judgment and Sentencing for Defendant Christy Tan now set for August 22, 2008, at 10:00 a.m. is vacated and reset for Friday, September 26, 2008 at 10:00 a.m. and the schedule for filing Motion for Correction of the Presentence Report is modified as stated in above stipulation.

Dated: August 18 , 2008

/s/ Edward J. Garcia\
EDWARD J. GARCIA\
Senior U.S. District Judge