William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. **S-06-337 EJG** |
| Plaintiff, | STIPULATION AND ORDER |
| v. | CONTINUING JUDGMENT & SENTENCING |
| CHRISTY TAN | |
| Defendants. | |

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Friday, **September 26, 2008**, at 10:00 a.m. should be vacated and continued until Friday, **November 7, 2008**, at 10:00 a.m.. This date change also results in defendant Tan to be sentenced in conjunction with co-defendant Yu who recently continued sentencing to same date. Originally Yu sentencing was continued by Probation memorandum to October 24, 2008, however, the Court certified Cantonese interpreters were not available until November 7, 2008.

Continuance is also necessary for additional time in preparation of the Sentencing Memorandum and Motion for Correction of PSR due to substantial issues raised by the responses from Probation and the Government to the substantial

objections top the PSR, raised by the defense.  The defense has been delayed in preparation and transcription of six statements taken by defense investigator through the Cantonese interpreter of family and friends of defendant for the purposes of her credibility and other character references as well as her family history that is to be included in the sentencing memorandum

Defense counsel has consulted with defendant and she agreed to the continuance  Additionally,  the Court Interpreter  was notified and cleared as to the new date for the  Cantonese interpreter, as stated above.

It is further stipulated that schedule for filing defense Motion for Correction of PSR be extended as follows:

| | |
|---|---|
| Judgment and sentencing date: | **11/07/08** |
| Motion for Correction of PSR be filed with the Court and served on Probation & opposing Counsel no later than: | **10/31/08** |

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Friday, November 7, 2008. On this date, AUSA Robert Twiss agreed to this continuance and authorized defense attorney to sign this stipulation, by email, since he was in San Francisco.

Dated: September 19, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                    By:/s/ Robert Twiss
                                        ROBERT M. TWISS
                                        Assistant U.S. Attorney

Dated: September 19, 2008

          CHRISTY TAN
          Defendant

         By: /s/William E. Bonham
          WILLIAM BONHAM
          Counsel for Defendant

## ORDER

 IT IS SO ORDERED. Judgment and Sentencing for Defendant Christy Tan now set for September 26, 2008, at 10:00 a.m. is vacated and reset for Friday, November 7, 2008 at 10:00 a.m. and the schedule for filing Motion for Correction of the Presentence Report is modified as stated in above stipulation.

Dated: September 22, 2008

         /s/ Edward J. Garcia
         EDWARD J. GARCIA
         Senior U.S. District Judge