William E. Bonham
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, CA 95814

MEMORANDUM

DATE: October 30, 2008

TO: Honorable Edward J. Garcia
Judge of the United States District Court for the Eastern District of California

FROM: WEB

RE: United States v. Christy Tan: CR 06 0337 EJG
<u>Continuance of Judgment and Sentencing</u>

Your Honor:

  Pursuant to the notification that November 7, 2008 is no longer available for the sentencing of Ms. Tan, the defense, and the government request that we continue the Judgment and Sentence for Defendant Tan from November 7, 2008 at 10:00 AM to December 10, 2008 at 10:00AM. This date has been deemed available by your Court Clerk. I am also informed that there will be a Cantonese interpreter available that day.

  With your approval, by copy of this memorandum, the Court Clerk is being requested to make appropriate change in the Court Calendar.

  Respectfully Submitted,

                   /s/ William E. Bonham
                   WILLIAM E. BONHAM

<u>XX</u>  Approve

_____  Disapprove

Dated: <u>10/31/08</u>        /s/Edward J. Garcia
                  EDWARD J. GARCIA
                  Senior United States District Judge

Cc: ColleenLydon- Clydon@caed.uscourts.gov
AUSA Robert M. Twiss-Robert. twiss@usdoj.gov
Teresa Hofman- Teresa Hoffman@caed.uscourts.gov
Ms. Riley-Portal-YRiley-Portal@caed.uscourts.gov

PROPOSED SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO PRESENTENCE REPORT [PSR]

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by the Court:

Judgment and Sentencing Date:     December 10, 2008

Motion for Correction of PSR
Filed with the Court and served
on the Probation Officer and
opposing Counsel no latter than:     December 3, 2008