William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for Christy TAN

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-337 EJG** |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | CONTINUING JUDGMENT & SENTENCING |
| CHRISTY TAN ) | |
| Defendant. ) | |

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Wednesday, December 10, 2008, at 10:00 a.m. should be vacated and continued until Wednesday, **January 7**, at 10:00 a.m..

Continuance is necessary due to defense counsel being out with pneumonia for 2 ½ weeks causing delay in preparation of the Sentencing Memorandum and Motion for Correction of the Pre-sentence report. Additionally, AUSA Heiko Coppola has been newly assigned to the case from AUSA Robert Twiss and is in agreement with this continuance and authorized defense counsel to sign. USPO Theresa Hoffman has been advised and is available on the

| | |
|---|---|
| 1 | agreed date of continuance. Defense counsel has consulted with |
| 2 | defendant and she agreed to the continuance.  Additionally, the |
| 3 | Court Interpreter  was notified and cleared as to the new date |
| 4 | for the  Cantonese interpreter. |

It is further stipulated that schedule for filing Sentencing Memorandum and Motion to Correct PSR be modified as follows:

Judgment and sentencing date: **01/07/09**

Motion for correction of PSR be filed and served: **12/31/08**

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Wednesday, January 7, 2009.

Dated: December 5, 2008

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                  By:/s/ Heiko Coppola
                                      HEIKO COPPOLA
                                      Assistant U.S. Attorney

Dated: December 5, 2008

                                    CHRISTY TAN
                                    Defendant

                                  By:/s/William E. Bonham
                                    WILLIAM BONHAM
                                    Counsel for Defendant

**ORDER**

IT IS SO ORDERED. Judgment and Sentencing for Defendant Christy Tan now set for Wednesday, December 10, 2008, at 10:00 a.m. is vacated and reset for Wednesday, January 7, 2009 at 10:00 a.m. and the schedule for filing the Motion for Correction of Pre-Sentencing Report and Sentencing Memorandum is modified as stated in above stipulation.

Dated: December 8 , 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge