William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for Christy TAN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-337 EJG** |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | CONTINUING JUDGMENT & SENTENCING |
| CHRISTY TAN ) | |
| Defendant. ) | |

    The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Wednesday, January 7, 2009, at 10:00 a.m. should be vacated and continued until Wednesday, **February 25**, at 10:00 a.m..

    Continuance is necessary due delay in translating (Cantonese to English) and transcribing 10 letters in support of defendant and obtaining statement from employer supervisor at Macys in San Francisco. Additionally, AUSA Heiko Coppola was assigned the case from AUSA Robert Twiss is in agreement with continuance and requested that sentencing be put off to the end of February due to his schedule. USPO Theresa Hoffman has been advised and is

available on the agreed date of continuance. Defense counsel has consulted with defendant and she agreed to the continuance. Additionally, the Court Interpreter was notified and cleared as to the new date for the Cantonese interpreter.

It is further stipulated that schedule for filing Sentencing Memorandum and Motion to Correct PSR be modified as follows:

Judgment and sentencing date: **02/25/09**

Motion for correction of PSR be filed and served: **02/18/09**

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Wednesday, February 25, 2009.

Dated: December 31, 2008

        McGREGOR W. SCOTT
        United States Attorney

By:/s/ Heiko Coppola
   HEIKO COPPOLA
   Assistant U.S. Attorney

Dated: December 31, 2008
        CHRISTY TAN
        Defendant

By:/s/William E. Bonham
   WILLIAM BONHAM
   Counsel for Defendant

**ORDER**

IT IS SO ORDERED. Judgment and Sentencing for Defendant Christy Tan now set for Wednesday, January 7, 2009, at 10:00 a.m. is vacated and reset for Wednesday, February 25, 2009 at 10:00 a.m. and the schedule for filing the Motion for Correction of Pre-Sentencing Report and Sentencing Memorandum is modified as stated in above stipulation.

Dated: January 5, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge