William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Christy TAN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. **S-06-337 EJG** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | CONTINUING JUDGMENT & SENTENCING |
| ) | |
| CHRISTY TAN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The defendant, through her undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Wednesday, February 25, 2009, at 10:00 a.m. should be vacated and continued until Friday, **March 13, 2009,** at 10:00 a.m..

Continuance is necessary due to delay in preparation of Sentencing Memorandum. Delay has been caused by delay of transcribing 10 statements of family and friends that were recorded with a Cantonese interpreter. Defense counsel has now arranged to have a different transcriber other than the appointed investigator to get the transcription completed without further delay. The defendant has had an out pouring of support that should be presented for the Court's consideration in sentencing

under 18 USC 3553(a) factors. Defendant is a very hard working mother of two children and is deserving of all factors of mitigation to be presented. She immigrated with her parents and siblings from mainland China as a young girl and has had an exemplary employment record in being a provider for her family and parents. These statements will be completed by next week and there will be no further delay. Additionally, there was delay in obtaining a statement from the defendant's supervisor at Macys in San Francisco.

AUSA Heiko Coppola is in agreement with this continuance. USPO Theresa Hoffman has been advised of the continuance. Defense counsel has consulted with defendant and she agreed to the continuance. Additionally, the Court Interpreter was notified as to the new date for the Cantonese interpreter.

It is further stipulated that schedule for filing Sentencing Memorandum and Motion to Correct PSR be modified as follows:

| | |
|---|---|
| Judgment and sentencing date: | **03/13/09** |
| Sentencing Memorandum/Motion for Correction be filed and served: | **03/06/09** |

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Wednesday, March 13, 2009.

Dated: February 19, 2009.

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      By:/s/ Heiko Coppola
                                          HEIKO COPPOLA
                                          Assistant U.S. Attorney

Dated: February 19, 2009
                                    CHRISTY TAN
                                    Defendant

                                 By:/s/William E. Bonham
                                    WILLIAM BONHAM
                                    Counsel for Defendant

**ORDER**

    IT IS SO ORDERED.  Judgment and Sentencing for Defendant Christy Tan now set for Wednesday, February 24, 2009, at 10:00 a.m. is vacated and reset for Wednesday, MARCH 13, 2009 at 10:00 a.m. and the schedule for filing the Motion for Correction of Pre-Sentencing Report and Sentencing Memorandum is modified as stated in above stipulation.

Dated: February 20 , 2009


                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior U.S. District Judge

3