William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Christy Tan

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 06-CR-0337 EJG |
| ) | |
| Plaintiff, ) | APPLICATION FOR AN ORDER TO |
| ) | EXONERATE UNSECURED BOND AND |
| v. ) | RETURN PASSPORT |
| ) | |
| Christy Tan ) | |
| ) | Hon. Magistrate Judge Edmund F. Brennan |
| Defendant. ) | |
| ) | |
| _____ ) | |

Defendant Christy Tan through her attorney William E. Bonham hereby request that the

Court order the $50,000 unsecured appearance bond be exonerated and her passport returned

because Ms. Tan plead guilty and was sentenced pursuant to her plea agreement and has begun

serving her sentence.

On August 23, 2006, Magistrate Judge Mueller, ordered Ms. Tan released on a $50,000

unsecured bond with the understanding that it would be replaced by a $50,000 secured bond by

August 25, 2006. Additionally on August 23, 2006, Ms. Tan, through counsel, surrendered her

passport to the U.S. District Clerk's Office per court order.  On August 25, 2006, counsel delivered a signed appearance bond, a $20,000 cashiers check made out to the U.S. District Court, and three vehicle registration forms to the U.S. Attorney's office for review before filing. Subsequently there was an apparent miscommunication between government and defense counsel and the appearance bond and collateral intended to secure Ms. Tan's release was never filed with the court.  I recently contacted AUSA Heiko Coppola, who took over for AUSA Robert Twiss, and was informed all the documents were still in the possession of the U.S. Attorney's office.  In June 2009, my assistant, Niki Serna, picked up and signed for the signed appearance bond, the cashiers checks, and all three vehicle registration forms, and they are currently in my possession pending exoneration of the unsecured bond and the release of Ms. Tan's passport.

On October 12, 2007, pursuant to a written plea agreement Ms. Tan plead guilty to Count 1 of the Superseding Information.  On March 13, 2009, Ms. Tan was sentenced to 15 months imprisonment and 12 months TSR.  She was given a self surrender date of April 17, 2009.  On April 17, 2009, in accordance with her judgment and sentence, Ms. Tan surrendered herself to FCI Dublin to begin serving her 15 month sentence.

At this time Ms. Tan requests, through counsel, that the unsecured appearance bond securing her release be exonerated and her passport returned.

Dated: July 22, 2009

Respectfully Submitted,


/s/ William E. Bonham
William E. Bonham
Attorney for Christy Tan

**ORDER**

IT IS HEREBY ORDERED that the unsecured appearance bond securing defendant Christy Tan's release in the above-captioned case be exonerated.  It is also ordered the Ms. Tan's passport be released to her attorney Mr. Bonham, or his assistant Niki Serna.

Dated: July 23, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE